UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

EDDIE TAYLOR
    Plaintiff

-vs-                                  2:08-CV-14369
                                        Hon. Bernard A. Friedman
                                        Magistrate Judge: Mona K. Majzoub

AEGIS RECEIVABLES MANAGEMENT,
    Defendant.

## ORDER REGARDING SETTLEMENT

The parties, by and through counsel, have informed the Court that this matter has been settled and the court being otherwise advised in the premises;

IT IS ORDERED that within 14 days of entry of this Order, Defendant, Aegis Receivables Management, shall execute and return the requisite Settlement Agreement and Release memorializing the material terms of the parties' agreement.

IT IS FURTHER ORDERED that should Defendant fail to execute and return the requisite Settlement Agreement and Release, Defendant shall appear before this Court on Wednesday, August 19, 2009 at 2:00 p.m. to show cause as to why the requisite Settlement Agreement and Release memorializing the material terms of the parties' agreement has not been returned.

IT IS SO ORDERED.

                                                  S/Bernard A. Friedman _____
                                                  Bernard A. Friedman

Dated: July 28, 2009

Stipulated To By:

| s/ Julie A. Petrik | s/ Charity Olson |
|---|---|
| Julie A. Petrik (P47131) | Charity Olson (P-68295) |
| Attorney For Plaintiff Lyngklip & Associates | Attorney for Aegis Receivables Management |
| Consumer Law Center, PLC | Plunkett Cooney |
| Southfield, MI 48075 | 38505 Woodward Ave, Ste 200 |
| JuliePetrik@Att.Net | Bloomfield Hills, MI 48304 |
| | (248) 901-4018 |
| | colson@plunketcooney.com |