UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

EDDIE TAYLOR
    Plaintiff

-vs-                                        Case No. 2:08-CV-14369
                                                Hon. Bernard A. Friedman
                                                Magistrate Judge: Mona K. Majzoub

AEGIS RECEIVABLES MANAGEMENT, INC.
    Defendant

## **STIPULATED ORDER OF DISMISSAL**

Having been advised by the stipulation of the parties below, it is ordered that the claims against the Defendant are dismissed with prejudice and without costs, attorney fees or sanctions to any party.

The court retains jurisdiction only for purposes of enforcing the settlement in this matter.

**So ordered**.

                                                                         s/Bernard A. Friedman
                                                                         Honorable Bernard A. Friedman

Dated: August 18, 2009

Stipulated To By:

| | |
|---|---|
| s/ Julie A. Petrik | s/ by consent Charity Olson |
| Julie A. Petrik (P47131) | Charity Olson (P-68295) |
| Attorney For Plaintiff | Attorney for Aegis Receivables Management |
| Lyngklip & Associates Consumer Law Center, PLC | Plunkett Cooney |
| | 38505 Woodward Ave, Ste 200 |
| Southfield, MI 48075 | Bloomfield Hills, MI 48304 |
| JuliePetrik@Att.Net | (248) 901-4018 |
| | colson@plunketcooney.com |